UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GERALD PLUMMER,

    Petitioner,

                                  CASE NO. 06-CV-15189
v.                                HON. GEORGE CARAM STEEH

ANDREW JACKSON,

    Respondent.
_____/

ORDER DENYING PETITIONER'S MOTION FOR
CERTIFICATE OF APPEALABILITY (#30)

On April 22, 2009, the Court denied petitioner's application for the writ of habeas corpus and denied petitioner a certificate of appealability. Petitioner subsequently filed two substantially identical motions for a certificate of appealability on September 17 and September 21, 2009 (#28 and #30, respectively). On October 5, 2009, the Court entered an Order denying petitioner's September 17, 2009, motion. However, the September 21, 2009, motion remains pending on the Court's docket. For the reasons explained in the Court's initial order denying habeas relief and a certificate of appealability and the Court's October 5, 2009, Order denying petitioner's previous motion for a certificate of appealability, it is ORDERED that petitioner's September 21, 2009, motion for certificate of appealability is hereby DENIED.

    SO ORDERED.

Dated: March 9, 2012

                                                 S/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and
Robert Plummer, #251303, 4269 West M-80,
Kincheloe, MI 49784 on
March 9, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk